**DebtEd, instal**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 10-13377-jmp

*Date filed:* 06/24/2010

*Assigned to:* Judge James M. Peck
Chapter 7
Voluntary
No asset

**Debtor**
**Luke Thompson**
689 Stony Hill Rd.
# 4
Yardley, PA 19067
SSN / ITIN: xxx-xx-0576
*aka*
**B1 Mgmt. (sole-prop.)**
*aka*
**Thomas Paine Capital (sole-prop.)**

represented by **Luke Thompson**
PRO SE

I HEREBY ATTEST AND CERTIFY ON 6-25-10
THAT THIS DOCUMENT IS A FULL, TRUE AND CORRECT
COPY OF THE ORIGINAL FILED ON OUR COURT'S
ELECTRONIC CASE FILING SYSTEM.

CLERK, US BANKRUPTCY COURT, SDNY

BY: _____ DEPUTY CLERK

**Trustee**
**Robert L. Geltzer**
The Law Offices of Robert L. Geltzer
1556 Third Avenue
Suite 505
New York, NY 10128
(212) 410-0100

**U.S. Trustee**
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500



| Filing Date | # | Docket Text |
|---|---|---|
|  |  | Voluntary Petition (Chapter 7). Order for Relief Entered. Fee Amount $ 0.00, Receipt Number 183739. Section 521(i) Incomplete Filing Date: 8/9/2010. Statement of Current Monthly Income and Means Test Form 22A Due: 7/8/2010. Schedule A due 7/8/2010. Schedule B due 7/8/2010. Schedule C due 7/8/2010. Schedule D due 7/8/2010. Schedule E due 7/8/2010. |

| | | |
|---|---|---|
| 06/24/2010 | ❶ 1 | Schedule F due 7/8/2010. Schedule G due 7/8/2010. Schedule H due 7/8/2010. Schedule I due 7/8/2010. Schedule J due 7/8/2010. Summary of schedules - Page 1 due 7/8/2010. Summary of schedules - Page 2 (Statistical Summary) due 7/8/2010. Statement of Financial Affairs due 7/8/2010. Statement of Intention due 07/26/2010. Incomplete Filings due by 7/8/2010, Filed by Luke Thompson . (Hibbert, Stacey) (Entered: 06/25/2010) |
| 06/24/2010 | ❷ 2 | Exhibit D Re: Credit Counseling Requirement , Stating Full Satisfaction of Requirement (Hibbert, Stacey). (Entered: 06/25/2010) |
| 06/24/2010 | ❸ 3 | Certificate of Credit Counseling, Certificate Number: 12459-nys-cc-011291715 filed by Luke Thompson. (Hibbert, Stacey) (Entered: 06/25/2010) |
| 06/24/2010 | ❹ 4 | Application to Pay Filing Fee in Installments filed by Luke Thompson. (Hibbert, Stacey) (Entered: 06/25/2010) |
| 06/25/2010 | ❹ | Judge James M. Peck added to the case. (Hibbert, Stacey). (Entered: 06/25/2010) |
| 06/25/2010 | ❹ | Trustee Robert L. Geltzer added to the case. (Hibbert, Stacey). (Entered: 06/25/2010) |
| 06/25/2010 | ❺ 5 | Request for Deficiency Notice (Hibbert, Stacey). (Entered: 06/25/2010) |
| 06/25/2010 | ❻ 6 | Request for 341(a) Notice with 341(a) meeting to be held on 7/27/2010 at 10:30 AM at 80 Broad St., 4th Floor, USTM. Financial Management Course Due: 9/10/2010. Last day to oppose discharge or dischargeability is 9/27/2010. (Hibbert, Stacey). (Entered: 06/25/2010) |



# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### One Bowling Green
### New York, NY 10004

IN RE: Luke Thompson

CASE NO.: 10-13377 JMP

SSN/TAX ID: 0576

CHAPTER:

## NOTICE TO DEBTOR AND LANDLORD

Please note that, as of this date, the debtor has failed to satisfy the requirements of 11 U.S.C. Section 362(l)(1)(B) and General Order M-352 by failing to provide the Clerk of Court the deposit of any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

Dated: June 25, 2010

Vito Genna
Clerk of the Court