# UNITED STATES BANKRUPTCY COURT

In re _LUKE Thompson_____, 
                  Debtor

Case No. _10 - 13377_

Chapter _7_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _75.00_          Check one ☐ With the filing of the petition, or
                            ☒ On or before _07/07/10_

$ _75.00_  on or before _~~8/7/10~~ 8/9/10_ (RC)

$ _75.00_  on or before _09/07/10_

$ _74.00_  on or before _10/07/10_

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _6/28/10_

s/ _JAMES M. PECK_
United States Bankruptcy Judge