UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
-----------------------------------------------------------------X

In Re:                           Chapter - 7

                                    Case No. 10-13377(JMP)

       LUKE THOMPSON,

           Debtor.

-----------------------------------------------------------------X

## OBJECTION TO DEBTOR'S NOTICE OF COMPLIANCE AND INTENT TO CURE PRE-PETITION JUDGMENT OF POSSESSION PURSUANT TO 11 U.S.C. SEC. 362(b)(22) AND 362 (l)

PLEASE BE ADVISED THAT 1010 Sixth Associates LLC, (the "Lessor") the Lessor of 66 West 38th Street, Apartment #44C, New York, NY 10018 (the "Apartment") which the Debtor currently occupies, as and for its opposition to Debtor's Notice of Compliance and Intent to Cure Pre-Petition Judgment of Possession Pursuant to 11 U.S.C. § 362(b)(22) and 362 (l) ("Notice of Compliance") states the following:

1. Debtor was the rent stabilized tenant of the Apartment.

2. Lessor served a Notice to Cure dated October 21, 2009 upon Debtor alleging certain breaches of the subject lease, including that the Debtor permitted five (5) unauthorized occupants to live in the Apartment and had installed pressurized walls in the Apartment, which violated the Fire Code and Building Code and created a danger to the health and safety of the Building's occupants.

3. The Notice to Cure advised Debtor that if he failed to cure the lease violations on or before November 9, 2009 then the Lessor would elect to terminate the tenancy in accordance with the applicable provisions of the law.

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
NY, NY 10013-3993
(212) 431-1300

F:\jeffrey_chancas\objections\LUKE THOMPSON.doc

4. Debtor failed to comply with the Notice to Cure by removing the pressurized walls installed in the Apartment.

5. Thereafter, Lessor served a Notice of Termination dated November 10, 2009 upon Debtor, terminating Debtor's tenancy, effective November 25, 2009.

6. Thereafter, Lessor commenced a Summary Holdover Proceeding in Civil Court, New York County.

7. In the context of the Summary Proceeding, Lessor moved to direct Debtor to pay use and occupancy *pendente lite*.

8. By Order dated March 29, 2010, Lessor's Motion was granted on default and Debtor was directed to pay $13,713.00 and April rent without prejudice by April 14, 2010 and to pay use and occupancy *pendente lite* for the entire proceeding. (A copy of this Decision/Order is annexed to this Objection as Exhibit A.)

9. Debtor never paid the money directed to be paid by the court; later in the context of the Summary Proceeding, the Court rendered an order dated May 4, 2010, which now, *inter alia*, directed the payment of $18,259.00. (A copy of this Order is annexed hereto as Exhibit B.)

10. In furtherance of the May 4, 2010 Order, the Court also signed a Decision and Judgment granting a Judgment of Possession in favor of Lessor and against Debtor, and the illegal occupants, and a money judgment in the amount of $18,259.00. (A copy of this Decision/Judgment is annexed hereto as Exhibit C.)

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
NY, NY 10013-3993
(212) 431-1300

11. The Decision/Judgment also directed the issuance of a warrant forthwith, upon which Lessor could execute in the event that the $18,259.00 was not paid by May 17, 2010.

12. When the aforesaid payment was not made, a Notice of Eviction dated June 23, 2010 was served on the Debtor. (A copy of this Notice of Eviction is annexed hereto as Exhibit D.)

13. On the eve of eviction, the Debtor filed the instant bankruptcy proceeding.

14. It is not at all certain that the Civil Court would vacate the warrant of eviction upon Debtor's payment of $18,259.00, since there is now additional use and occupancy due and owing to the Lessor.

15. In any event, it is clear that pursuant to the court's March 2010 Order, Debtor was to pay use and occupancy *pendente lite* for the entire proceeding.

16. Debtor's deposit of one dollar is therefore insufficient to comply with the Civil Court's clear directive that use and occupancy is due, in at least the amount of the last monthly lease rent of $4,546.00.

17. Furthermore, the Bankruptcy Code requires post-petition use and occupancy payments.

18. Debtor is therefore not in compliance with 11 U.S.C. Sec. 362(l)(1).

PLEASE BE FURTHER ADVISED THAT the address listed for the Lessor on the Notice of Compliance is incomplete and needs modification.

PLEASE BE FURTHER ADVISED THAT in the event that the clerk is authorized to send any payment by Debtor to the Lessor, the clerk should send such

Borah,
Goldstein,
Altschuler,
Nahins &
Goidel, P.C.
377 Broadway
NY, NY 10013-3993
(212) 431-1300

F:\jeffrey_chancas\objections\LUKE THOMPSON.doc

payment to the Lessor at the following current mailing address:

> 1010 Sixth Associates, LLC
> c/o Rose Associates, Inc.
> 200 Madison Avenue – 5th Floor
> New York, New York 10016
> Attn: Arlene Valentine

Dated: New York, NY
July 14, 2010

Yours, etc.

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.
Attorneys for Lessor
1010 Sixth Associates LLC

By: _____
JEFFREY C. CHANCAS
377 Broadway
New York, New York 10013
(212) 431-1300

TO: LUKE THOMPSON
Debtor, *Pro Se*
66 West 38th Street – Apt. 44C
New York, NY 10018

LUKE THOMPSON
Debtor, *Pro Se*
689 Stony Hill Road - #4
Yardley, PA 19067

ROBERT L. GELTZER, ESQ.
Chapter 7 Trustee
THE LAW OFFICES OF ROBERT L. GELTZER
1556 Third Avenue – Suite 505
New York, NY 10128
(212) 410-0100

OFFICE OF THE UNITED STATES TRUSTEE
33 Whitehall Street - 21st Floor
New York, New York 10004
(212) 510-0500

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
NY, NY 10013-3993
(212) 431-1300

-4-

F:\jeffrey_chancas\objections\LUKE THOMPSON.doc

**Exhibit A**

CIVIL COURT OF THE CITY OF NEW YORK  INDEX NO. 078985/2009
COUNTY OF NEW YORK                    MOTION SEQUENCE NO.: 002
HOUSING PART F, RM. 830
MARCH 29, 2010

---

010 SIXTH ASSOCIATE LLC
                    PETITIONER(S)          DECISION/ORDER

          AGAINST                          PRESENT:

THOMPSON      LUKE                         Lebovits
                    RESPONDENT(S)          _____
                                             JUDGE

---

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE
REVIEW OF THIS MOTION OF PETN REQ DIRECTING RESP TO PAY ALL RETRO U/O.

| PAPERS | NUMBERED |
|---|---|
| NOTICE OF MOTION AND AFFIDAVITS ANNEXED | |
| ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED | |
| ANSWERING AFFIDAVITS | |
| REPLYING AFFIDAVITS | |
| EXHIBITS | |
| STIPULATIONS | |
| OTHER | |

UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS
AS FOLLOWS:

NAR at 11:00 a.m. Motion granted on default. Respondent ~~[struck through]~~ to pay $13,713 and April rent without prejudice by April 14, 2010. Use + occupancy pendente lite for the entire proceeding also granted and to be paid by respondent. Petitioner to serve respondent with a copy of this order. Case already adjourned to 4/14/10 at 9:30am, pt F, Rm 830.

3/29/10
DATE

JUDGE, CIVIL/HOUSING COURT
HON. GERALD LEBOVITS
ADJOURNMENTS

| | | | | |
|---|---|---|---|---|
| | | | | |

GENERATED: 03/22/2010 @ 10:02:45    CIV-LT-95 (7/99) (REPLACES 43-2030)

Exhibit B

```
CIVIL COURT OF THE CITY OF NEW YORK          INDEX NO. 098989/2009
    COUNTY OF NEW YORK                       MOTION SEQUENCE NO.: 006
    HOUSING PART F, RM. 830
    APRIL 26, 2010
            16
```

1010 SIXTH ASSOCIATE LLC

       PETITIONER(S),

AGAINST

THOMPSON LUKE

       RESPONDENT(S)

DECISION/ORDER

PRESENT:

GERALD LEBOVITS
JUDGE

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

| PAPERS | NUMBERED |
|---|---|
| NOTICE OF MOTION AND AFFIDAVITS ANNEXED....... | |
| ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED.... | |
| ANSWERING AFFIDAVITS......................... | |
| REPLYING AFFIDAVITS.......................... | |
| EXHIBITS..................................... | |
| STIPULATIONS................................. | |
| OTHER_____ | |

UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS AS FOLLOWS:

Default vacated (Judgment of 2/5/10 as recalled by 3/17/10 order), and 3/29/10 default vacated 3/5/null. As a condition to vacating the default, respondent to pay $18,259 by 5/17/10 (without prejudice to the amount of Pet's claim for 450 [illegible] — remainder is $10,588.46 — which pet may seek at trial). Final judgment of possession for $18,259. Warrant to issue forthwith. Ex stay through 5/17/10. This proceeding is adjourned to [illegible] for all purposes.

DATE: 5/7/10

JUDGE, CIVIL/HOUSING COURT

HON. GERALD LEBOVITS
JUDGE, HOUSING COURT

GENERATED: 04/15/2010 @ 11:48:11    CIV-LT-85 (7/99) (REPLACES 45/2030)

**Exhibit C**

CIVIL COURT OF THE CITY OF NEW YORK  
COUNTY OF NEW YORK  PART  
DECISION AND JUDGMENT

INDEX # 098989/2009  
JUDGMENT SEQ # 002

1010 SIXTH ASSOCIATES LLC,

Petitioner(s)

AGAINST

THOMPSON, LUKE  
CONDIT, ANDRE  
DOE, JOHN  
DOE, JANE

Respondent(s)

---

**Decision and judgment is** rendered based upon a decision made after a hearing on a motion as follows:
Judgment of possession is granted in favor of:
1010 SIXTH ASSOCIATES LLC,
and against
THOMPSON, LUKE
CONDIT, ANDRE
DOE, JOHN
DOE, JANE

A counterclaim is granted in favor of the respondent in the amount of $0.00 (which if not being entered separately is offset and reflected in the total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements in the amount of $0.00 in favor of:
1010 SIXTH ASSOCIATES LLC,
and against
THOMPSON, LUKE
CONDIT, ANDRE
DOE, JOHN
DOE, JANE

for a total amount of $18259.00

(Monthly use and occupancy is set at $0.00 per month, as per order, stipulation or decision in record.)

Warrant to issue forthwith       Execution _____

Date _5-4-10_                    HON. GERALD LEBOVITS  
                                 Judge, Civil/Housing Court

CIV-LT-50(2006)                                      Page 1 of 2

Exhibit D

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

1010 SIXTH ASSOCIATES LLC.

against

THOMPSON, LUKE &
66 W. 38TH ST.
APT#: 44C
NEW YORK        NY    10018

"John and Jane Doe"
*Name of Tenant and/or undertenant being fictitious and unknown, person intended, occupying apartment set forth below.*

INDEX NO. L/T  98989/09
MARSHAL'S DOCKET NO. 372185
**RESIDENTIAL**

Petitioner
*Landlord*

Respondent
*Tenant*



CITY MARSHAL

Respondent
*Undertenant*

DANNY M. WEINHEIM #3
SUITE 504
2432 GRAND CONCOURSE
BRONX, NY 10458
(718) 295-3333

# NOTICE OF EVICTION
### Alternative Service / Mailing

# NOTIFICACION DE DESAHUCIO
### Notificación Alterna / Postal

To the above named tenants and undertenants:

Please take notice that the Court has issued a warrant for your eviction. If you fail to vacate the described premises, **YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE, ON THE SIXTH BUSINESS DAY AFTER THE DATE OF THIS NOTICE** or on any business day thereafter. "Business days" are Monday through Friday except legal holidays.

The **ONLY** way you can stop this eviction is if a Court issues an order to show cause that stays your eviction. You may apply for such an order at the Civil Court, Landlord - Tenant part, in your borough.

If a Court stay of your eviction is in effect, you will be evicted only if the stay ends or is vacated by the Court. If the Court has already ordered that you may be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

If you are dependent upon a person in the military service of the United States, advise the clerk of the Court immediately in order to protect your rights.

If you need legal assistance, the Legal Aid Society may be able to assist you (check telephone listing in your borough). A senior citizen who needs legal assistance may contact the New York City Department for the Aging, 2 Lafayette Street, New York, New York 10007, (212) 442-1000.

If you receive public assistance, notify your caseworker immediately. The Human Resources Administration may be able to help you with back payments whether or not you receive public assistance. Call (877) 472-8411 for information.

### DATE OF NOTICE[2]                        FECHA DA

|  |
|---|
| 6/23/10 |

A los susodichos inquilinos y sub-inquilinos:

Tenga a bien notar que la Corte ha emitido una order de desahuccio en contra de usted. Si no desaloja al local descrito, USTED PUEDE SER DESHAUCIADO, SIN NOTIFICATION ADICIONAL, EL SEXTO DIA HABIL A PARTIR DE LA FECHA DE ESTA NOTIFICATION o en cualquier día hábil de ahi en adelante. Los "dias habiles" son Lunes a Viernes, excepto los dias de fiesta legales.

Usted puede detener este deshaucio SOLAMENTE si una Corte emite una orden judicial instruyendole a usted a mostrar motivos justificantes para suspender su desalojo. Usted puede solicitar esa orden (Order to Show Cause) en la Corte Civil, Seccion del Propietario - Inquilino (Civil Court, Landlord - Tenant part) en su condado.

Si una suspension de su desahucio por orden de la Corte esta en efecto, usted sera desalojado solo si la suspension caduca o la Corte la anula. Si la Corte ha ordenado ya que usted puede ser desalojado si no cumple con hacer un pago o con la orden de la Corte a partir de una fecha de vencimiento, su incumplimiento con el pago o con la orden de la Corte al llegar esa fecha puede resultar en su desahucio sin notification adicional.

Si usted depende de una persona que pertenece al Servicio Militar de los Estados Unidos, notifiqueselo inmediatamente al Secretario de la Corte (Court Clerk) para asi proteger sus derechos legales.

Si usted necesita ayuda legal, la Legal Aid Society tal vez puede ayudarlo (consulte la guia telefonica de su condado). Una persona de edad avanzada que necesita ayuda legal puede comunicarse con el Departamento para Personas Mayores de la Ciudad de Nueva York, 2 Lafayette Street, New York, New York 10007, (212) 442-1000.

Si usted recibe asistencia publica, notifiquelo a su trabajador social (caseworker) inmediatamente. La Administracion de Recursos Humanos tal vez puede ayudarle con los pagos atrasados, reciba usted o no asistencia publica. Llame al (877) 472-8411 para informacion.

[1] Formerly known as "72-hour notice." Additional time has been allowed for mailing.
Anteriormente conocido como "Aviso de Deshaucio de 72 Horas." Se ha concedido tiempo adicional para enviar por correo.
[2] The date of this notice shall be on or after the date the notice is mailed to the respondent.
La fecha de este notificacion se fijara el dia en que se le envia al apelado o despues de ese dia.



# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

JEFFREY C. CHANCAS, being duly sworn, deposes and says:

1. I am not a party to this action; I am over 18 years of age and I reside in New York County.

2. On July 14, 2010, I served the within OBJECTION TO DEBTOR'S NOTICE OF COMPLIANCE AND INTENT TO CURE PRE-PETITION JUDGMENT OF POSSESSION PURSUANT TO 11 U.S.C. SEC. 362(b)(22) AND 362(l) upon:

> LUKE THOMPSON
> 66 West 38th Street – Apt. 44C
> New York, NY 10018
>
> LUKE THOMPSON
> 689 Stony Hill Road - #4
> Yardley, PA 19067
>
> ROBERT L. GELTZER, ESQ.
> Chapter 7 Trustee
> THE LAW OFFICES OF ROBERT L. GELTZER
> 1556 Third Avenue – Suite 505
> New York, NY 10128
>
> OFFICE OF THE UNITED STATES TRUSTEE
> 33 Whitehall Street - 21st Floor
> New York, NY 10004

at the addresses designed by said party(s)/attorney(s) for that purpose by depositing true copy(s) of same enclosed in postpaid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
JEFFREY C. CHANCAS

Sworn to before me this
____ day of July, 2010

_____
Notary Public

DORIS L. HUNTER
Notary Public, State of New York
No. 49-31747
Qualified in Kings County
Commission Expires June 20, __

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
NY, NY 10013-3993
(212) 431-1300

F:\jeffrey_chancas\affsservice\Luke Thompson 2.doc

BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

---

Index No. 10-13377 (JMP)   Year 200
Chapter - 7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

LUKE THOMPSON,

Debtor.

---

**OBJECTION TO DEBTOR'S NOTICE OF COMPLIANCE AND INTENT TO CURE PRE-PETITION JUDGMENT OF POSSESSION PURSUANT TO 11 U.S.C. SEC. 362(b)(22) AND 362(l)**

---

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.
Attorney(s) for Landlord, 1010 Sixth Associates, LLC
Office and Post Office Address
377 BROADWAY
NEW YORK, NY 10013-3993
(212) 431-1300
FAX NUMBER: (212) 334-0960

Please refer all communications
To: **Jeffrey C. Chancas**            Esq.
Ext. 611

or: _____   Esq.

To:

Attorney(s) for

---

ATTORNEY'S CERTIFICATION

STATE OF NEW YORK, COUNTY OF

The undersigned, an attorney admitted to practice in the State of New York, does hereby certify, pursuant to Section 2105 CPLR, that I have compared the within

with the original and have found it to be a true and complete copy thereof.
Dated:                               200

.......................................................
Type or Print Name Below Signature

Sir(s) / Madam(s):

**NOTICE OF ENTRY OR SETTLEMENT**
[Check and complete appropriate box and section]

**PLEASE TAKE NOTICE** that a

☐ **NOTICE OF ENTRY**
of which the within is a (true) (certified) copy was duly entered in the within named court on _____ 200

☐ **NOTICE OF SETTLEMENT**
will be presented for settlement to the Hon. _____ one of the judges of the within named court at the Courthouse at

on                                  200
at           o'clock      M.

Dated:
        Yours, etc.,

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.
Attorney(s) for
Office and Post Office Address
377 BROADWAY
NEW YORK, NY 10013-3993
(212) 431-1300
FAX NUMBER: (212) 334-0960
To:
Attorney(s) for

---

**ADMISSION OF SERVICE**

The undersigned acknowledges receipt of a copy of the within

on                                    200
at           o'clock      M.

..........................................................
Attorney(s) for

by: ......................................................

---

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK
COUNTY OF

                                    being sworn, says:
I am not a party to this action; I am over 18 years of age; I reside at

                                        200   I served
upon

the attorney(s) for

action, at                                          in this

the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

...........................................................
Type or Print Name Below Signature

Sworn to before me
this         day of         200