UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :   Chapter 7
                                                :
Luke Thompson                                   :   Case No. 10-13377 (JMP)
                                                :
        Debtor.                                 :
                                                :
-----------------------------------------------------------------x-

# ORDER TO SHOW CAUSE TO SHORTEN NOTICE PERIOD FOR EXPEDITED HEARING ON DEBTOR'S MOTION FOR RECONSIDERATION

Upon the motion (the "Motion") of Luke Thompson (the "Debtor") dated July 20, 2010, requesting an expedited hearing to reconsider the judgment entered against the Debtor on the record at a hearing on July 20, 2010 in connection with the Debtor's failure to attend the hearing with respect to that certain motion of Virgo Empire State Business Centers, LLC For Entry Of An Order (A) Confirming That Automatic Stay Is Not In Effect; Or Alternatively, (B) Modifying The Automatic Stay With Regards To Efforts To Recover Possession Of Nonresidential Real Property; dated June 29, 2010 (Docket No. 12); and it appearing that an Order to Show Cause is necessary for an expedited hearing to consider the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that a hearing (the "Hearing") to consider the Motion shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **July 22, 2010 at 10:30 a.m. (prevailing Eastern Time)**; and it is further

ORDERED that objections and responses, if any, to the Motion must be in writing, shall conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, and shall be served in accordance with General Order M-242, upon (i) the Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Luke Thompson, 66 West 38th Street Apartment 44C, New York, New York 10018; (iii) Eric C. Zabicki, Esq., Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, New York 10017, counsel to Virgo Empire State Business Centers, LLC; and (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, so as to be so filed and received no later than **July 22, 2010 at 10:00 a.m. (prevailing Eastern Time)**.

Dated: New York, New York
      July 21, 2010

                                        *s/ James M. Peck*
                                        Honorable James M. Peck
                                        United States Bankruptcy Judge