# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

---

IN RE: Luke Thompson  
 aka   B1 Mgmt. (sole−prop.)  
 aka   Thomas Paine Capital (sole−prop.)

CASE NO.: 10−13377−jmp

Social Security/Taxpayer ID/Employer ID/Other Nos.:  
xxx−xx−0576

CHAPTER: 7

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable James M. Peck in this Chapter 7 case.

Luke Thompson was dismissed from the case on March 9, 2011 .

Dated: March 9, 2011                      Vito Genna  
                                                          Clerk of the Court